UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JAMA HALL,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO COUNTY DEPARTMENT OF CHILD PROTECTIVE SERVICES, et al.,<br><br>Defendants. | No.  2:26-cv-00259-DJC-SCR<br><br><br>ORDER |

Plaintiff is proceeding pro se in this matter, which was referred to a United States Magistrate judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On March 20, 2026, the Magistrate Judge filed findings and recommendations, which were served on plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within 14 days.  ECF No. 5.  Plaintiff has filed objections to the findings and recommendations, which the Court has reviewed and considered.  ECF No. 7.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 20, 2026, are adopted in full;

2. This action is dismissed with the Court finding Plaintiff's federal claims are barred by the statute of limitations and the Court declining supplemental jurisdiction over the state law claims; and

3. The Clerk is directed to enter Judgment and close this file.

IT IS SO ORDERED.

Dated:   **April 27, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

Hall0259.800

2